IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA MANCINI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the | : | |
| Social Security Administration | : | NO. 13-5518 |

ORDER

AND NOW, this 19th day of March, 2015, upon consideration of plaintiff Angela Mancini's brief and statement of issues in support of request for review (docket entry #9), defendant Carolyn W. Colvin's response thereto (docket entry #10), and the Honorable David R. Strawbridge's thorough and well-reasoned Report and Recommendation (docket entry #13), to which neither party has filed an objection within the time period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Strawbridge that the matter should be remanded so that the Administrative Law Judge may adequately explain his reasoning regarding his assessments of Mancini's physical limitations, especially regarding handling, fingering, and feeling, as well as address her global assessment of functioning ("GAF") scores in the record, it is hereby ORDERED that:

1.     Judge Strawbridge's Report and Recommendation (docket entry #13) is APPROVED and ADOPTED;

2.     Plaintiff's request for review (docket entry #9) is GRANTED;

3.     This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Strawbridge's Report and Recommendation;

3.      The decision of the Commissioner is REVERSED for the purposes of

remand only; and

4.      The Clerk of Court shall CLOSE this case statistically.


BY THE COURT:


/s/ Stewart Dalzell, J.